IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY L. FENTON,<br><br>    Plaintiff,<br><br>  v.<br><br>REGENCY VILLAS ASSOCIATION, et al.<br><br>    Defendants. | No. C 13-3993 MMC<br><br>**ORDER DISMISSING ACTION** |

By order filed September 20, 2013, the Court dismissed plaintiff's sole federal claim, declined to exercise supplemental jurisdiction over plaintiff's state law claims in the absence of a viable federal claim, and afforded plaintiff the opportunity to file a First Amended Complaint no later than October 11, 2013. To date, plaintiff has not filed a First Amended Complaint.

Accordingly, for the reasons set forth in the Court's order of September 20, 2013, the above-titled action is hereby DISMISSED.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 25, 2013

                                          MAXINE M. CHESNEY
                                          United States District Judge