IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY L. FENTON, | No. C 13-3993 MMC |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| REGENCY VILLAS ASSOCIATION, et al. | |
| Defendants. | |

By order filed September 20, 2013, the Court dismissed plaintiff's sole federal claim, declined to exercise supplemental jurisdiction over plaintiff's state law claims in the absence of a viable federal claim, and afforded plaintiff the opportunity to file a First Amended Complaint no later than October 11, 2013. To date, plaintiff has not filed a First Amended Complaint.

Accordingly, for the reasons set forth in the Court's order of September 20, 2013, the above-titled action is hereby DISMISSED.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 25, 2013

MAXINE M. CHESNEY
United States District Judge